Walter O'Cheskey
Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424
(806) 748-1980
(806) 748-1956 FAX
MODT

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**ABILENE DIVISION**

IN RE:
**JOHN ANTHONY STRANG**
**SHAWNA RENEE STRANG**
**2209 MOORE ST**

CASE NO:09-10475-RLJ-13
HEARING DATE: 07-29-2013

**ABILENE, TX 79605**

HEARING TIME: 11:00 AM

DEBTOR ATTORNEY:   MONTE J WHITE & ASSOCIATES PC

---

## MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

Date: June 6, 2013

Pursuant to 11 U.S.C. 1329, the Standing Chapter 13 Trustee requests the following Modification of Debtor(s) confirmed Plan herein:

**I**
**History of the Case**

1. Date Case Filed:  December 17, 2009
2. Date of Section 341 Meeting: January 12, 2010
3. Date of Confirmation: February 8, 2010
4. First Payment Date: January 16, 2010
5. Total Plan Term Prior to this Modification: 60

**II**
**Modification Requested**

Debtor shall pay Trustee $1,866.00 of their 2012 tax refund within 10 days of entry of the Order.
Base is raised from $12,211.00 to $14,077.00.

**III**
**Reason for Modification**

Debtor(s) 2012 tax return shows that Debtor(s) received a tax refund of $3,866.00 of which $1,866.00 is due to Trustee per General Order 2010-01 for the benefit of unsecured creditors.  Debtor(s) still owe Trustee $1,866.00 of said refund.  Modification is requested to raise Debtor(s) payment and/or base amount in order to pay Trustee the said tax refund.

Respectfully Submitted,

  /s/  Walter O'Cheskey
Walter O'Cheskey,Chapter 13 Trustee
6308 Iola Ave., Suite 100,
Lubbock TX 79424

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

IN RE:
JOHN ANTHONY STRANG
SHAWNA RENEE STRANG

CASE NO: 09-10475
HEARING DATE: 07-29-2013
HEARING TIME: 11:00am

A/K/A: BRADDOCK STRANGE
D/B/A:

A/K/A 2: SHAWNA RENEE HERMAN; SHAWNA
D/B/A 2:

**NOTICE OF HEARING, PRE-HEARING CONFERENCE AND ATTACHED MODIFICATION OF PLAN AFTER CONFIRMATION**

**NOTICE OF HEARING**

On 07-29-2013, which is at least twenty-eight (28) days from the date of service hereof, at 11:00am a **HEARING** on the above and foregoing "Modification of Plan After Confirmation" will be held in

FOR LIVE COURT
US COURTHOUSE ROOM 2000A
3RD AND PINE
ABILENE, TEXAS 796040000

FOR VIDEO COURT
US COURTHOUSE ROOM 2201
3RD & PINE
ABILENE, TEXAS 796040000

Creditors are not required to attend unless they have objections to the Modification.

**NOTICE OF PRE-HEARING CONFERENCE**

A **PRE-HEARING CONFERENCE** will be held at the same location listed above at 8:30am Hearings on Motions to Modify Plans with objections not resolved at the **PRE-HEARING CONFERENCE** will be heard by the Court at the scheduled Hearing time.

**NOTICE** is hereby given that pursuant to 11 U.S.C. 1329 the attached "Modification of Plan" dated *7/29/2013*, **will be** approved by the Court as the Debtor's Modified Chapter 13 Plan unless a party in interest files a written "Objection to the Modification" within twenty-one (21) days of service hereof, and the Debtor has made any subsequent payments required under the Modified Plan. An **"Objection to Modification"** should be filed with the Bankruptcy Court at the following address:

**CLERK OF THE BANKRUPTCY CT**
**1205 TEXAS AVE #306**
**LUBBOCK, TEXAS 794010000**

Walter O'Cheskey
Chapter 13 Trustee
6308 Iola, Suite 100
Lubbock, TX 79424
202-II

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DIVISION OF TEXAS
ABILENE DIVISION

IN RE:

JOHN ANTHONY STRANG & SHAWNA RENEE STRANG

CASE NO: 09-10475-RLJ-13

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached document was sent via First Class Mail to the below listed parties at the addresses supplied as follows.

| Name & Address | Name & Address |
|---|---|
| JOHN ANTHONY STRANG<br>2209 MOORE ST<br>ABILENE,TX 79605 | SHAWNA RENEE STRANG<br>- |
| INTERNAL REVENUE SERVICE<br>PO BOX 7317<br>PHILADELPHIA,PA 19101-7317 | MONTE J WHITE & ASSOCIATES PC<br>ATTORNEY AT LAW ABILENE<br>402 CYPRESS SUITE 310<br>ABILENE,TX 79601-0000 |
| INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA,PA 19101-7346 | ABILENE PHYSICIANS GROUP<br>PO BOX 5645<br>ABILENE,TX 79608-5645 |
| TAYLOR CO CENTRAL APPRAIS DIST<br>1534 S TREADAWAY BLVD<br>ABILENE,TX 79602-4927 | WALTER O'CHESKEY TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424-0000 |
| OFFICE OF THE CH13 TRUSTEE<br>6308 IOLA AVENUE<br>LUBBOCK,TX 79424- | US ATTORNEY GENERAL<br>10TH ST & CONSTITUTION AVE<br>WASHINGTON,DC 20530-0000 |
| UNITED STATES ATTORNEY<br>801 CHERRY STREET UNIT 4<br>FT WORTH,TX 76102-6882 | OFFICE OF THE ATTORNEY GENERAL<br>COLLECTION DIVISION-BANKRUPTCY<br>PO BOX 12548<br>AUSTIN,TX 78711-2548 |
| WILLIAM T NEARY<br>UNITED STATES TRUSTEE<br>1100 COMMERCE STREET RM 976<br>DALLAS,TX 75242-0000 | US ATTORNEY<br>ATTORNEY IN CHARGE<br>1100 COMMERCE STREET SUITE 300<br>DALLAS,TX 75242-1699 |
| WEST CENTRAL TEXAS COLLECTION BUREAU<br>PO BOX 2586<br>ABILENE,TX 79604-2586 | RADIOLOGY ASSOCIATES OF ABILENE<br>PO BOX 2898<br>ABILENE,TX 79604-2898 |
| TEXAS CHILDREN'S PEDIATRIC ASSOCIATES<br>PO BOX 841969<br>DALLAS,TX 75284- | CLINICAL PATHOLOGY ASSOCIATES<br>1818 PINE ST<br>ABILENE,TX 79601-2349 |
| HENDRICK MEDICAL CENTER<br>COLLECTION DEPARTMENT<br>1900 PINE STREET<br>ABILENE,TX 79601-2432 | TERMINIX PROCESSING CENTER<br>PO BOX 742592<br>CINCINNATI,OH 45274-2592 |
| SERVICE BUREAU INC<br>2705 81ST STREET<br>LUBBOCK,TX 79423-2229 | ABILENE REGIONAL MED CENTER<br>PO BOX 6426<br>ER PHYSICIANS<br>ABILENE,TX 79608- |

CASE NO: 09-10475-RLJ-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| WILLIAMS TROTTER & ASSOCIATES<br>PO BOX 3138<br>CLINICAL PATHOLOGY ASSOCIATES<br>ABILENE,TX 79604-3138 | TIMOTHY P BUMANN DO PA<br>2438 INDUSTRIAL BLVD<br><br>ABILENE,TX 79605-7243 |
| HSBC/BEST BUY<br>PO BOX 6985<br><br>BRIDGEWATER,NJ 08807- | TEXAS MIDWEST EMERGENCY CARE<br>PO BOX 6728<br><br>ABILENE,TX 79608- |
| CHASE<br>CARDMEMBER SERVICE<br>PO BOX 94014<br>PALATINE,IL 60094-4014 | RHEMA MEDICAL ABILENE<br>PO BOX 2080<br><br>TEXARKANA,TX 75504- |
| GE MONEY BANK<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVE STE 1120<br>MIAMI,FL 33131- | MCCREARY VESELKA BRAGG & ALLEN<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680- |
| CENTRAL APPRAISAL DISTRICT TAYLOR COUNTY<br>C/O MCCREARY VESELKA BRAGG & ALLEN<br>PO BOX 1269<br>ROUND ROCK,TX 78680- | MICHAEL REED<br>MCCREAY VESELKA ET AL<br>PO BOX 1269<br>ROUND ROCK,TX 78680- |
| COUNTRYWIDE HOME LENDING<br>ATT: BANKRUPTCY SV 314B<br>PO BOX 5170<br>SIMI VALLEY,CA 93062-5170 | CITIBANK USA<br>ATTN CENTRALIZED BANKRUPTCY<br>PO BOX 20507<br>KANSAS CITY,MO 64195-0507 |
| LANE BRYANT RETAIL<br>450 WINKS LANE<br><br>BENSALEM,PA 19020- | AFFINITY DISTRIBUTION INC<br>5109 82ND ST STE 7-1140<br><br>LUBBOCK,TX 79424- |
| SPIRIT OF AMERICA NATIONAL BANK<br>LANE BRYANT FIRST EXPRESS<br>PO BOX 856132<br>LOUSIVILLE,KY 40285- | RADIOLOGY ASSOCIATES OF TARRANT CO<br>PO BOX 961281<br><br>FORT WORTH,TX 76161-0281 |
| MEDICAL DATA SYSTEMS I<br>ATTN BANKRUPTCY<br>2001 9TH AVE STE 312<br>VERO BEACH,FL 32960- | PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO RECOVERY ASSOC<br>PO BOX 12914<br>NORFOLK,VA 23541- |
| PRA RECEIVABLES MANAGEMENT<br>PORTFOLIO REC ASSOC<br>PO BOX 41067<br>NORFOLK,VA 23541- | HSBC BANK NEVADA NA<br>BASS & ASSOCIATES PC<br>3936 FT LOWELL SUITE 200<br>TUCSON,AZ 85712- |
| MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br><br>ROUND ROCK,TX 78680-1269 | BURNS & CARLISLE<br>PO BOX 1460<br><br>SULPHUR SPRINGS,TX 75483-1460 |
| ABIILENE DIAGNOSTIC CLINIC<br>PO BOX 5409<br><br>ABILENE,TX 79608- | DR J ESPRESS CARE<br>PO BOX 6728<br><br>ABILENE,TX 79608- |
| PROFESSIONAL ACCOUNT SERVICES INC<br>PO BOX 188<br><br>BRENTWOOD,TN 37024- | COLLECTION<br>ATTN: BANKRUPTCY DEPT<br>PO BOX 10587<br>GREENVILLE,SC 29603- |
| CARDIOMEDIX INC<br>1840 OAK AVENUE SUITE #218<br><br>EVANSTON,IL 60201- | HOME DEPOT CREDIT SERVICES<br>PO BOX 182676<br><br>COLUMBUS,OH 43218- |

Page 2 - Continue on Next Page

CASE NO:  09-10475-RLJ-13

## CERTIFICATE OF SERVICE

| | |
|---|---|
| RICHARD SOKOLOFF<br>3245 ROUTE 112-SUITE 1<br><br>MEDFORD,NY 11763- | SMAC-TMX<br>PO BO 2092<br><br>MEMPHIS,TN 38101- |
| CAPITAL ONE<br>6125 LAKEVIEW ROAD, STE 800<br><br>CHARLOTTE,NC 28269- | ANREA BALL<br>641 EN 21ST ST<br><br>ABILENE,TX 79601- |
| CAPITAL ONE BANK USA<br>BY AMERICAN INFOSOURCE LP<br>PO BOX 71083<br>CHARLOTTE,NC 28272-1083 | NATIONWIDE CREDIT INC<br>PO BOX 26314<br><br>LEHIGH VALLEY,PA 18002- |
| CAPITAL ONE NA<br>C/O BASS & ASSOCIATES PC<br>3936 E FT LOWELL RD  SUITE 200<br>TUCSON,AZ 85712- | |

Dated:   06/06/2013

/s/ Walter O'Cheskey
Chapter 13 Trustee
By:  A. Ammons